The People of the State of Illinois ex rel. John Jacobson et al., petitioners, v. City of Chicago et al., defendants. Edward J. Doyle et al., appellants. Thomas F. Reilly and Johan Waage, appellees. Gen. No. 39,194.

Opinion filed March 30, 1937.

Alexander J. Resa and Gordon Quinn, for appellants. Gregory A. Gelderman, for appellees; Thomas F. Reilly and Johan Waage, *pro se*, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.